UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JA'VEL COLEMAN | CIVIL ACTION NO. 24-cv-512 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BURLINGTON INSURANCE CO ET AL | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 22) is denied.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 1st day of October, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE