RIMKUS
12140 Wickchester Lane, Suite 300
Houston, TX 77079
(713) 621-3550

January 27, 2026

Mr. Alexander Brewster
Pugh Accardo Law
1100 Poydras Street, Suite 3600
New Orleans, LA 70163

| | | |
|---|---|---|
| Re: | Cause No: | 24-CV-00512 |
| | Style: | Ja'Vel Coleman v. Tara National |
| | Rimkus Matter No: | 100328847 |
| | **Subject:** | **Report of Findings** |

Dear Mr. Brewster:

According to the Louisiana Uniform Crash Report, on May 10, 2023, at approximately 5:25 AM, a two-vehicle crash occurred on I-20 westbound milepost 55. Vehicle 1, driven by Ja'vel Coleman, was traveling westbound I-20 and vehicle 2 was parked on the right shoulder. Vehicle 1 exited the roadway to the right and impacted the rear left bumper of Vehicle 2's trailer with its right front bumper. Driver 1 stated that she may have fallen asleep at the wheel but is unsure. Vehicle 2's only occupant, Marckson Saint Fleur, was in the sleeper cab section of the vehicle when he stated that he felt Vehicle 1 impact his trailer.

Rimkus was retained to analyze AT&T Call Detail Records for the mobile line (772) 882-1219.

In the course of our work, I reviewed the Louisiana Uniform Crash Report #23-074062 and AT&T Call Detail Records for (772) 882-1219.

## Conclusions

1. An incoming call was received from (786) 716-2343 on 5/10/2023 at 12:50:52 a.m. and had an elapsed time of 11 seconds.

2. An outgoing call was made to (463) 777-5084 on 5/10/2023 at 5:22:37 a.m. The call had an elapsed time of 1 minute and 27 seconds.

**EXHIBIT A**

3. An outgoing call was made to (463) 777-5084 on 5/10/2023 at 5:28:55 a.m. The call had an elapsed time of 2 minutes and 5 seconds.

4. An incoming SMS text was received from (111) 130-1000 on 5/10/2023 at 2:30:13 a.m.

5. An incoming SMS text was received from (463) 333-9471 on 5/10/2023 at 4:17:23 a.m.

6. An incoming SMS text was received from (463) 777-5084 on 5/10/2023 at 5:24:34 a.m.

7. An incoming SMS text was received from (463) 777-5084 on 5/10/2023 at 5:24:37 a.m.

## Discussion

Rimkus was provided with AT&T records for the mobile line (772) 882-1219. The call and SMS records were analyzed using forensic software by LeadsOnline called CellHawk.

The call and SMS records were reviewed within CellHawk and verified by a manual review of the records in the provided .pdf files. The records reviewed span from the requested timeframe of 12:30 a.m. to 5:30 a.m on May 10, 2023. Overviews of the cell towers used to transact the calls and SMS activity across this period were captured in **Figure 1 and Figure 4**, respectively.

The records containing cell site location information occurring between 12:50:52 a.m. and 5:28:55 a.m. were focused on as they captured the most recent cell towers used to transact a call or SMS in the hours leading up to the Louisiana Uniform crash reports stated crash time of 5:25 a.m. and continuing through 5:30 a.m.

The AT&T records key provided instructions on how to interpret the Cell Location information attributed to each record. The Cell Location data provided in the records specifies the AT&T internal identifiers for the cell tower location (Enhanced Cell Global Identity (ECGI)) and the specific antenna in use (Evolved Node B (eNodeB)). The Cell Location record also provides the latitude and longitude of the cell tower's physical location and the sector of the tower being used during a transaction. The sector is a number out of 360 degrees which represents the azimuth of the antenna being utilized on the tower when a call or SMS transaction occurs.

An incoming call was received from (786) 716-2343 on 5/10/2023 at 12:50:52 a.m. and had an elapsed time of 11 seconds. The call was transacted on eNodeB 184224 and the sector had an azimuth of 150 degrees. This cell tower is located approximately 30 miles from the stated collision location. The sector in use serviced an area generally described

as southeast of the tower. Please refer to **Figure 2** for a visual representation of the tower handling the call.

An outgoing call was made to (463) 777-5084 on 5/10/2023 at 5:22:37 a.m. The call had an elapsed time of 1 minute and 27 seconds. A second outgoing call was made to (463) 777-5084 on 5/10/2023 at 5:28:55 a.m. The call had an elapsed time of 2 minutes and 5 seconds. The calls were transacted on eNodeB 183361 and the sector had an azimuth of 240 degrees. This cell tower used for these two transactions is located approximately 1.3 miles from the stated collision location. The sector in use serviced an area generally described as southwest of the tower. Please refer to **Figure 3** for a visual representation of the tower handling the calls.

An incoming SMS text was received from (111) 130-1000 on 5/10/2023 at 2:30:13 a.m. A second incoming SMS text was received from (463) 333-9471 on 5/10/2023 at 4:17:23 a.m. The messages were transacted on eNodeB 184224 and the sector had an azimuth of 150 degrees. The cell tower and sector used for these two SMS transactions was the same as the record depicted in **Figure 2** for the call at 12:50:52 a.m.

As a result, the cell phone was in the serviceable range of the cell tower and sector when the call was received at 12:50:52 a.m. and at the time the two text messages were received at 2:30:13 a.m. and 4:17:23 a.m. Please refer to **Figure 5** for a visual representation of the tower handling the SMS text messages.

An incoming SMS text was received from (463) 777-5084 on 5/10/2023 at 5:24:34 a.m. A second incoming SMS text was received from (463) 777-5084 on 5/10/2023 at 5:24:37 a.m. The messages were transacted on eNodeB 183361 and the sector had an azimuth of 240 degrees. The cell tower and sector used for these two SMS transactions were the same used for the calls occurring at 5:22:37 a.m. and 5:28:55 a.m. as depicted in **Figure 3**. Please refer to **Figure 6** for a visual representation of the tower handling the SMS text messages.

As a result, the cell phone was in the serviceable range of this cell tower and sector from 5:22:37 a.m. when an outgoing call was made to (463) 777-5084 through the transaction of the two SMS text messages, and at 5:28:55 a.m. when the last outgoing call to (463) 777-5084 originated.

This report was prepared for the exclusive use of Pugh Accardo Law and is not intended for any other purpose. The opinions and conclusions herein are based on sufficient facts or data; they are the product of our analysis utilizing reliable, generally accepted principles and methods in our applicable professional field; and they reflect a reliable application of these principles and methods to the facts of this matter. This report is based on the information available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on the

opinions and conclusions set forth herein and to revise these opinions and conclusions if necessary. This report was reviewed by Mr. Jason Jupe, Director-Transportation Practice.

Thank you for allowing us to provide this service. If you have any questions or need additional assistance, please call.

Sincerely,
Rimkus

Digitally signed by: Joshua S Lorencz
Date: 2026.01.27 15:47:27 -06'00'

Josh S. Lorencz
Principal Consultant

Attachments: Figures, Curriculum Vitae

# Figures

**Figure 1**
Call activity overview.




**Figure 2**
Call at 12:50:52 a.m.



**Figure 3**
Calls at 5:22:37 a.m. and 5:26:55 a.m.




**Figure 4**
SMS activity overview.



**Figure 5**
SMS text messages at 2:30:13 a.m. and 4:17:23 a.m.




**Figure 6**
SMS text messages at 5:24:34 a.m. and 5:24:37 a.m.



# Curriculum Vitae

RIMKUS




## Josh Lorencz

Principal Consultant – Digital Forensics

100 Plaza Pl, Suite 300, PMB# 62
Northlake, TX 76226

(713) 931-0811

josh.lorencz@rimkus.com


## Background

Mr. Josh Lorencz, a seasoned leader in digital forensic consulting, brings a degree in finance with over 1,100 hours of advanced digital forensics training. Certified by the National Computer Forensics Institute, Cellebrite, Magnet Forensics, and the International Association of Computer Investigative Specialists (IACIS) as a Mobile Device Examiner, he excels in mobile forensics, cell site location analysis, call detail records, cloud investigations, and data recovery. As a retired Simi Valley Police Department Detective, Mr. Lorencz built a forensics lab and led complex investigations into financial crimes, auto theft crews, crimes against children, and criminal enterprises, including foreign-based residential burglary crews, merging 16 years of law enforcement investigative experience with digital forensics.

Since 2021, Mr. Lorencz has provided consulting services for businesses and attorneys on a wide spectrum of civil investigations with a focus on trucking collisions, as well as criminal cases, offering expert testimony and strategic insights to clients drawn from his wealth of knowledge in investigations, including advanced case analysis, evidence interpretation, and investigative methodologies. As an IACIS instructor, he provided training to students from all over the world. He educates lawyers and insurers on cell phone forensics and speaks to middle and high school children about cell phone safety. His unique skill set drives innovative, business-focused forensic solutions.

## Professional Experience

- **Rimkus** **2025 – Present**
  - Principal Consultant – Digital Forensics
    Brings seasoned leadership in digital forensic consulting, merging 16 years of law enforcement investigative experience with digital forensics. Provides consulting services for businesses and attorneys on trucking collisions and criminal cases, offering expert testimony and strategic insights. Develops innovative business-focused forensic solutions.

- **Envista Forensics** **2021 – 2025**
  - Sr. Digital Forensics Examiner
    Worked with clients to help them better understand digital evidence pertaining to their matters in criminal, civil, and internal cases. Provided case analysis, examination, and expert testimony in local, state, and

federal courts. Served as IACIS instructor, delivering instruction to digital forensic professionals worldwide in Mobile Device Forensics.

- **Simi Valley Police Department** **2005 – 2021**
  - Detective (2014-2021)
    Handled investigations including complex financial crimes, residential burglary series, internet crimes against children, auto theft crimes, and special interest investigations. Selected to assume responsibilities for all computer and cell phone forensics for the department. Built out The Simi Valley Police Department Computer Forensics Lab. Assigned as department representative to the Southern California High Tech Taskforce.

  - Senior Police Officer (2010-2014)
    Promoted to a supervisory role responsible for training new and lateral officers. Conducted detailed daily performance evaluations and computer systems training and ensured trainee competency in all patrol operations. Developed a new "Community Liaison Officer" position implemented by the Chief of Police.

  - Gang Enforcement Officer (2007-2009)
    Served in the Special Problems Section, conducting complex gang, graffiti, and quality of life investigations. Wrote the first known social media search warrant in the agency's existence (MySpace.com). Handled several long-term investigations resulting in arrests and prosecutions.

  - Police Officer (2005-2007)
    Handled calls for service, focused on communication skills, law enforcement, crime deterrence, and investigation documentation. Quickly recognized for dedication and hard work.

- **Countrywide** **2003 – 2005**
  - Financial Analyst
    Senior Finance Analyst overseeing servicing of a billion-dollar residential loan portfolio. Automated loan servicing and formulated procedures for newly formed unit.

## Education and Certifications

- **Finance, Option-Real Estate, B.S.:** California State University, Northridge (2002)
- **Associate of Arts:** Moorpark Junior College (1999)
- **California P.O.S.T. Academy Graduate:** Los Angeles County Sheriff's Department (2005)
- **Texas Licensed Private Investigator:** #01076364
- **National Computer Forensics Institute:** Basic Mobile Device Examiner
- **International Association of Computer Investigative Specialists:** Certified Mobile Device Examiner (ICMDE)
- **Cellebrite Certifications:** Cellebrite Certified Mobile Examiner (CCME); Cellebrite Certified Premium Operator (CCPO); Cellebrite Certified Operator (CCO); Cellebrite Certified Physical Analyst (CCPA); Cellebrite Certified Repair Technician (CERT-F); Cellebrite Advanced Smartphone Analysis (CASA)
- **Magnet Forensics:** Magnet Certified Forensic Examiner (MCFE); Magnet Certified Verakey Examiner (MCVE); Axiom Advanced Mobile Forensics (AX300); Axiom Core Mobile Acquisition and Analysis (AX150); Verakey Examinations (VK200); Axiom Examination (AX200); Forensic Fundamentals (AX100); Witness Digital Video Investigations (DV200)

- **Teracom Training Institute:** Certified Telecommunications Subject Matter Expert (CTSME); Certified Telecommunications Network Specialist (CTNS); Certified Telecommunications Analyst (CTA); Certified VOIP Analyst (CVA); Certified Wireless Analyst (CWA)

## Continuing Education

- **California Department of Justice:** Advanced Computer Forensics; Advanced Cellular Forensics; Computer Digital Evidence Recovery; Investigation of Internet Crimes; Basic Data Collections; High Tech Investigations; Specialized Investigative Tools

## Presentations

- **"Deep fakes and other tech stuff,"** 2023, IAJ Criminal Defense Annual Seminar – Iowa - April 27, 2023.
- **"KTX Image creation in timeline analysis,"** 2023 IACIS-Mobile Device Forensics - Orlando, Florida - May 1, 2023.
- **"Digital Forensics for Trucking Collisions,"** The Harmonie Group 2023 Transportation Seminar - Arkansas - June 21, 2023.
- **"Cell Phone Forensics and Case Study,"** Texas Public Service Teacher Association Summer Conference 2023 - Irving, Texas - June 29, 2023.
- **"Digital Forensics for Trucking Collisions,"** The Harmonie Group 2023 Transportation Seminar - Denver, Colorado - August 9, 2023.
- **"Preserving and Using Cell Phone Data,"** CSVL Annual General Liability and Insurance Coverage Seminar - Atlanta, Georgia - October 25, 2023.
- **"Cell Phone Forensics and Case Study. Ethics in Digital Forensics,"** Dallas Baptist University, Institute for Criminal Justice Leadership - Dallas, Texas - February 22, 2024.
- **"Digital Forensics for Claims Professionals,"** Liberty Mutual Insurance - Plano, Texas - March 27, 2024.
- **"Cell Phone Forensics and Case Study,"** North Carolina Central University School of Law - Durham, North Carolina - April 11, 2024.
- **"Digital Forensics for Claims Professionals,"** North Texas Chapter of Special Investigation Units 2024 Fraud Seminar - Celina, Texas - May 14, 2024.
- **"Cell Phone Forensics for Legal Professionals,"** Cozen O'Connor CLE - Dallas, Texas - September 16, 2024.
- **"Cell Phone Investigations: Preservation, Forensic Examinations and Admissibility,"** Sports & Entertainment Risk Management Alliance Seminar - Dallas, Texas - September 19, 2024.
- **"Digital Forensics for Fraud Investigators CLE,"** Association of Certified Fraud Examiners (ACFE) Houston Chapter - Houston, Texas - October 9, 2024.
- Webinar **– "Digital Forensics in Collision Matters,"** Caldwell Wenzel & Asthana P.C., Mobile, Alabama - February 4, 2025.
- **"After the crash: the application of digital forensics in motor vehicle collisions,"** Magnet User Summit (MUS 2025) - Nashville, Tennessee - March 18, 2025.
- **"David Becomes Goliath: The New Frontier of Plaintiffs' Litigation,"** (Panelist) CLM Forensic Focus - Nashville, Tennessee – June 13, 2025.
- **"Implementing A First-Class Rapid Response Program,"** Iowa Motor Truck Association (Panelist) - Des Moines, Iowa - September 11, 2025.
- **"Cell Phone Forensics for Trucking Defense - From Rapid Response to the Courtroom,"** Trucking Defense Advocacy Council (TDAC) - Fayetteville, Arkansas - September 25, 2025.

- **"Cell Phone Forensics for Trucking Defense - From Rapid Response to the Courtroom,"** National Truck and Heavy Equipment Claims Council Fall Meeting (NTHECC) - Norfolk, Virginia - October 4, 2025.
- **"Cell Phone Forensics for Trucking Defense - From Rapid Response to the Courtroom,"** Great West Casualty Company - Webinar - South Sioux City, Nebraska - October 8, 2025.
- **"Cell Phone Forensics for Trucking Defense - From Rapid Response to the Courtroom,"** North Carolina Association of Defense Attorneys (NCADA) - Winston-Salem, North Carolina - October 10, 2025.