**Douglas C. Brown, M.D.**
(A Medical Corporation)
dba Orthopedic Center of Monroe
**Douglas C. Brown, M.D., F.A.C.S., FAAOS**

312 Grammont Street, Suite 400 (318) 323-6603
Monroe, LA 71201 Fax (318) 387-3601

01/15/2026

Alexander Brewster – Pugh Law Firm
1100 Poydras Street
Suite 3600
New Orleans, LA. 70163

**RE**: **JAVEL COLEMAN**

## INDEPENDENT MEDICAL EXAMINATION

**HISTORY:** This is a 47-year-old African American female who presented to my office under her own volition having sustained a significant injury on 05/10/2023. She relates having been in her vehicle driving to work early in the morning in the darkness and had a collision with a large truck. She has no memory of the collision and said that she woke up in the Ochsner LSU Shreveport ER and subsequently underwent three orthopedic surgeries performed by Dr. Brad Chauvin, which records I have reviewed. Ms. Coleman explained that she had surgery on her left wrist, her right humerus, and right hip. I have reviewed the assessment of future medical needs performed by Stokes and Associates which relates surgery having been performed on the left hip and the left arm and right wrist. This is in direct conflict with the patient's own verbal history and my examination. It appears that her surgery was actually performed on her right humerus, her left wrist, and her right acetabulum. The patient apparently spent two weeks in the LSU Shreveport Hospital in rehabilitation and subsequently apparently has received some pain management treatment rendered by Dr. Vince Forte of Louisiana Pain Management.

At this point, Ms. Coleman has drawn out a Visual Analog Scale (Mayo Clinic Form) indicating some burning pain in her anterior right shoulder, some discomfort questionable in her right forearm and burning pain in her left wrist. She makes no notation of any pain in the pelvic or hip region. She notes some pain in her left knee and rates her pain as 10 on a scale of 10.

Continued:

**PAST HISTORY:** Her past history indicates that Ms. Coleman is grossly obese and has suffered from obesity for many years. She tells me that her knees have "been going bad" progressively for quite some time. The prior medical history indicates that she has had

**EXHIBIT 1**

previous right cyst removed and had the surgeries as noted. Her medications are not listed but apparently, she has taken some Gabapentin type medication and occasionally some Hydrocodone but overall has been functioning well. She tells me that her prior job was in the transportation business, scheduling transportation services which apparently was considered a sedentary occupation. At this time, she lists no medications that she takes regularly. She has no allergies and notes that her surgery was on her left wrist, right hip and right upper extremity.

**FAMILY HISTORY:** Family history is noncontributory.

**SOCIAL HISTORY:** She denies tobacco and alcohol and apparently has not worked since the incident.

**PHYSICAL EXAMINATION:** She is a very pleasant, appropriately dressed 5’4”, 331 pound 47-year-old female. She walks using a cane in her right hand but is able to ambulate without external assistance. She is able to stand on her left and right leg independently but does have a noticeable limp on the right leg. She climbs up and down from a chair to the examination table independently without assistance. In the sitting position, the examination of her cervical spine reveals full passive range of motion without restriction or pain. There is no spasm in her cervical, dorsal, or lumbar spine on palpation or percussion.

Both shoulders demonstrate full active range of motion, reaching her hands above her head, behind her back, externally rotating 45 to 60 degrees and internally rotating behind both hips. She has a well healed scar over the anterolateral right humerus and has no tenderness in that area. She has no distinct atrophy. Her elbow flexion is equal and her extensor strength is excellent. Her left wrist demonstrates a volar angular incision over the distal radius and her grip strength is symmetrical. She has a negative Tinel’s sign over the median and ulnar nerves at the elbow and wrist.

Her grip strength is 4+ to 5/5 bilaterally.

Her deep tendon reflexes, biceps, triceps, brachioradialis are intact and symmetrical.

Her pelvic tilting is negative. Her left leg has no pain on passive movement. Her right hip has flexion to 90 degrees. External rotation to 60. Internal rotation to 30, full extension.

Continued:

Her leg lengths are essentially equal.

Both knees have some tenderness over the medial aspect of both knees with some mildly crepitant range of motion consistent with early arthritis. Knee and ankle reflexes are intact. Her dorsiflexion and strength of both ankles and feet are intact.

Her x-rays reveal a right humeral internal fixation plate over the temporal fixation plate and multiple screw fixations. The humerus appears to have well-healed mid shaft humeral fracture and is now completely healed with good bone formation.

Her left wrist x-rays show a volar distal radial fixation plate in good position with a well-healed distal radial fracture. There is no intraarticular derangement or impingement with screws or plate.

The right hip and hemi Xray of her pelvis reveal a healed right acetabular fracture with acetabular medial curvilinear plate and screw fixation applied over the anteromedial approach to the disc. Her joint space is maintained but is difficult to visualize clearly due to her obesity and the posterior acetabular plate fixation.

**IMPRESSION:**

1. Healed right humeral shaft fracture.
2. Healed left distal radial fracture.
3. Healed right acetabular fracture.

Prognosis is that this woman is at high risk for progressive arthritis because of her exogenous obesity and in the right hip because of the complex fracture that has been well fixated. Her functionality, in my opinion based on her present activity and mobility, would place her at a sedentary to light activity level. I believe she could return to her sedentary pre-injury job as a transportation agent which by description is a sedentary occupation. Her prognosis for further care will most likely include a right total hip arthroplasty at some point in the distant future. Whether or not the internal fixation of the acetabulum will need to be removed is a moot point. I personally have performed a number of total hip replacements with the presence of internal fixation of the acetabulum with great success, however, if the hardware is to be removed it can be done at the same time as the right total hip arthroplasty.

Her prognosis for the left wrist is excellent because the joint space is well maintained. She has no loss of motion of either wrist. Both wrists have full dorsiflexion, volar flexion, pronation, and supination.

Continued:

There is no evidence of any neurologic deficit from her right humeral fracture, her left wrist fracture, or her right acetabular fracture. The need for future medication would be primarily non-steroidal anti-inflammatory medication, such as over-the-counter Ibuprofen for her knees which are developing arthritis from her exogenous obesity. Her prognosis for her right hip more likely than not will require a hip arthroplasty at some point in the distant future. The right humerus and shoulder are well healed with no permanent impairment.

Regarding the future medical costs ascertained by Stokes and Associates, I think these have been estimated at a grossly exaggerated point and only time will determine exactly what her needs are related to this injury, studies suggest a total hip arthroplasty is $39,000 to $40,000 including the surgeon's fee. The only related surgery that I would estimate more probable than not would be the right total hip arthroplasty and Lovenox injections would only need to be given 7-10 days following surgery and could be given orally, therefore the 84 injections estimated are excessive and unnecessary. The recommended post-operative medication for a right total hip arthroplasty would be Norco/Percocet 10/325mg x 21 followed by an over the counter non-steroidal inflammatory such as Ibuprofen for any further pain management medication.

This woman at this point in time according to her description of her job is capable of returning to work at either her previous job or a similar sedentary clerk type occupation. Hopefully this is helpful in ascertaining future needs regarding orthopedic treatment, pain management, medication, etc. Thank you for allowing me to opine.

Please note the following records were received and reviewed:

- DSD Health Services
- Green Clinic
- Louisiana Pain Care
- Magnolia Home Health
- Melanie Massey Physical Therapy
- North Louisiana Orthopedics and Sports Medicine
- Northern Louisiana Medical Center
- Ochsner LSU Health- Shreveport
- Pafford EMS
- Rapides Regional Medical Center
- Ruston Regional Specialty
- Wal-Mart Pharmacy

Sincerely yours,

Signed electronically by: Douglas C. Brown, MD, FACS, FAAOS, ABIMA - 1/29/2026 12:06:16 PM

DCB/

DD: 01/16/2026
DT: 01/19/2026

**DOUGLAS COLEMAN BROWN, M.D. F.A.C.S.**

312 Grammont Street, Suite 302
Monroe, Louisiana 71201
Local: (318) 323-6603
Fax: (318) 387-3601

Residence: 2801 Pargoud Boulevard
Monroe, Louisiana 71201
Home: (318) 325-8035

# DOUGLAS COLEMAN BROWN, M.D. F.A.C.S.
# CURRICULUM VITAE
Revised 07/2025

## UNDERGRADUATE EDUCATION:

| | |
|---|---|
| 1960-1964 | Duke University, Durham, North Carolina<br>AB Degree: English Dean's List Old Trinity Club<br>Academic All-A.C.C. Football Team 1963<br>President – Phi Delta Theta Fraternity |

## MEDICAL SCHOOL:

| | |
|---|---|
| 1964-1968 | University of Virginia, Charlottesville, Virginia |

## INTERNSHIP:

| | |
|---|---|
| 1968-1969 | Tulane University School of Medicine at<br>Charity Hospital of New Orleans, Louisiana (rotating surgery) |

## MILITARY:

| | |
|---|---|
| 1969-1971 | United States Navy, Sangley Point, Philippines<br>U.S. Naval Hospital (General Medical Officer)<br>V-P6 Squadron CamRahn, DaNang R.V.N. |
| 1971-1972 | U.S. Naval Hospital Quantico, Virginia<br>(Orthopaedic Surgery) |

## RESIDENCY:

| | |
|---|---|
| 1972-1974 | Alton Ochsner Medical Foundation, New Oreleans, LA<br>General Orthopaedics<br>Hand Surgery – Daniel Riordan Service<br>Scoliosis Service<br>Mary Sherman Laboratory of Bone and Joint Pathology,<br>Research Division<br>Senior Resident t Ochsner Foundation Hopital |
| 1973-1974 | President, Alton Ochsner Medical Foundation<br>Association of Interns and Fellows |
| 1974-1975 | E.A. Conway Memorial Hospital at Monroe, LA<br>(Chief Orthopaedic Resident) |

## FELLOWSHIPS:

| | |
|---|---|
| 1965-1966 | Stem Cell Research<br>Allergy Foundation of America Research Fellowship, University of Virginia |
| 1975-1976 | Senior Fellowship in Pediatric Orthopaedics, Pediatric and Scoliosis/Spine Surgery Yale University, University of Connecticut, Dartmouth Newington Children's Hospital,<br>Newington, Connecticut |

## TEACHING:

| | |
|---|---|
| 1976-1977 | Clinical Instructor in Orthopaedics<br>University of Mississippi Medical Center |

## PRIVATE PRACTICE:

| | |
|---|---|
| 1976-1977 | Laurel, Mississippi |
| 1977-PRESENT | Monroe, Louisiana |

## CERTIFICATION:

| | |
|---|---|
| 1977 | American Board of Orthopaedic Surgery |
| 2004 | American Board Of Independent Medical Examiners |

## LICENSURE:

| | |
|---|---|
| 1972 | Louisiana #R002045/L#03179R<br>Expiration: 12/31/2025 |

## SOCIETIES:

American Academy of Orthopaedic Surgeons
- Membership Committee 1988-1994

American College of Surgeons
North American Spine Society
Clinical Orthopaedic Society – Board Member 1996-2000
Mid-American Orthopaedic Society
Southern Orthopaedic Association
Louisiana Orthopaedic Association – Board Member 1988-1994
Ouachita Parish Medical Society
Louisiana State Medical Society
American Orthopaedic Foot & Ankle Society

## MEDICAL STAFF – ACTIVE:

St. Francis Medical Center, Monroe, LA F.M.O.L.
- Past member Board of Trustees
- Past Vice Chief of Staff
- Past Chairman, Orthopaedic Department

Glenwood Regional Medical Center, West Monroe, LA
- Past Chairman Orthopaedic Department

Physicians & Surgeons Surgical Hospital
- Past Chief of Staff, Current Board Member

Ouachita Community Hospital

## MEDICAL STAFF – COURTESY:

E.A. Conway Memorial Hospital, Monroe, LA
Franklin Parish Hospital, Winnsboro, LA
Citizen's Medical Center, Columbia, LA
Richland Parish Hospital, Delhi, LA
Morehouse General Hospital, Bastrop, LA

## MEDICAL COMMUNITY SERVICE:

Louisiana Handicapped Children's Service (1977-1992)
Northeast Louisiana Foundation for the Handicapped
Easter Seal Scoliosis Screening Advisor – Northeast LA
1977 to the present
Board of Trustees, St. Francis Medical Center
Team physician Ouachita Parish High School, 1977-1997
Team doctor for orthopaedics for Bayou Bandits
- Semi-pro football team, 1997, 1998
- -Monroe Mocassins – Pro Hockey Team

Co-Team Doctor University of LA at Monroe (ULM) 1977-1994

## PUBLICATIONS AND MAJOR PRESENTATIONS:

| | | |
|---|---|---|
| | 1965 | Lymphocyte Stimulation Using Phytohemagglutinin – Stem Cell University of Virginia Annual Research Bulletin |
| April | 1974 | Scoliosis Surgery at the Alton Ochsner Medical Foundation to The Lamplighter's Orthopaedic Association, New Orleans, LA |
| October | 1974 | Surgical Treatment of Scoliosis Journal of the Louisiana State Medical Society, Vol. 126, No. 10, October 1974, pp. 357-362 |
| November | 1975 | Total Knee Arthroplasty: Comparison of UCI, Geometric and Polycentric Prosthesis presented to Southern Medical Association Convention: Orthopaedic Section, Atlanta, GA |

| | | |
|---|---|---|
| September | 1975 | Medical Cuneiform Dislocation<br>Journal of Bone and Joint Surgery, September 1975 |
| | 1976 | Total Knee Arthroplasty: Comparison of Three Types of Unhinged Prosthesis Preliminary Study<br>Louisiana Medical Journal, 1976 |
| October | 1976 | Technetium 99m Bone Imaging and Application to the Orthopaedic Management of Leff-Perthes Disease<br>Newington Alumni Meeting, Newington, Connecticut |
| February | 1978 | Technetium 99m Bone Imaging in Legg-Perthes Disease<br>American Academy of Orthopaedic Surgeons, Dallas, TX |
| October | 1978 | The Application of Technetium 99m Bone Imaging to Legg-Perthes Disease<br>Societe Internationale DeChirugie Orthopaedique et De Traumatologie (S.I.C.O.T.)Kyoto, Japan |
| | 1979 | Technetium 99m Bone Imaging in Leff-Perthes Disease,<br>Clinical Orthopaedics and Related Research, 1979 |
| October | 1985 | Comparison of Cemented and Uncemented Total Knee Replacements<br>Louisiana Orthopaedic Associaion, New Orleans, LA |
| May | 1986 | Modified Bristow Procedure<br>Southern Orthopaedic Association<br>(Chosen Outstanding Paper) |
| | 1986 | Durham Flatfootplasty<br>Louisiana Orthopaedic Association, Shreveport, LA |
| | 1994 | Contributor to North American Spine Society Study on Spinal Pedicular Screw and Plate Fixation |

## CONTINUING MEDICAL EDUCATION 1995-PRESENT

| | | | |
|---|---|---|---|
| February | 1995 | - | International Interdiscal Spine Meeting |
| March | 1995 | - | Orthopaedic Seminar |
| May | 1995 | - | Advances in Spine Surgery – AAOS |
| October | 1995 | - | Clinical Orthopaedic Society |
| April | 1996 | - | Arthroscopic Surgery of Shoulder – AAOS |
| June | 1996 | - | Least Invasive Spine Surgery – AAOS |
| August | 1996 | - | Southern Orthopaedic Association |

| | | | |
|---|---|---|---|
| December | 1996 | - | Spine Tech BAK Course |
| January | 1997 | - | Computer Boot Camp – AAOS |
| July | 1997 | - | Southern Orthopaedic Association |
| October | 1997 | - | North American Spine Society |
| June | 1998 | - | Endoscopic Spine Course – Danek |
| January | 1999 | - | Zimmer Total Joint Replacement and Revision |
| December | 1999 | - | Trauma UPDATE |
| June | 2000 | - | Orthopaedic Symposium |
| September | 2000 | - | Clinical Orthopaedic Society |
| December | 2000 | - | Classic Lectures in Orthopedic MRI |
| September | 2002 | - | New Considerations in Peri-Operative Pain Control |
| January | 2003 | - | 17th Annual Vail Orthopaedic Symposium Trauma Update |
| January | 2003 | - | 17th Annual Vail Orthopaedic Symposium – Upper Extremity: Problem Fractures and Reconstructive Challenges -A Bioskills Course |
| February | 2003 | - | Kyphon Inflatable Bone Tamp Technologh Course |
| August | 2003 | - | LWCC – 12 sessions |
| January | 2004 | - | 18th Annual Vail Orthopaedic Symposium State-of-the-Art Total Hip And Knee Replacement: Controversies and Solutions |
| June | 2004 | - | Zimmer MIS 2 – Incision Hip Procedure |
| October | 2004 | - | American Board of Independent Medical Examiners Independent Medical Exam reporting and communication |
| Jan-Dec | 2005 | - | VANTAGE Health Plan/U.R. Quality Management 16 hours, AMA Category I |
| Jan-Dec | 2005 | - | Wolters Kulwer Health – Contemporary Spine Surgery 15 hours, AMA Category |
| December | 2005 | - | Zimmer Institute – Johns Hopkins – MIS Hip Replacement 8 hours, Baltimore, MD |
| April | 2005 | - | LAMMICO Risk Management 1.25 hours, AMA Category I |

| | | | |
|---|---|---|---|
| May | 2005 | - | AAOS – ZUPKO Bachelors and Master;s in Orthopaedic Coding<br>14.0 CEU credits, New York, NY – KZA 1204030132<br>13 hours, AMA Category I |
| Jan-Dec | 2006 | - | Wolters Kluwer Lippincott CME Institute Bone and Joint and Contemporary Spine Surgery<br>30 hours, AMA Category I |
| April-Nov | 2006 | - | St. Francis Medical Center CMF, Monroe, LA<br>5 hours, AMA Category I<br>(Tumor board, Pay for performance, Orthopaedic Symposium) |
| May | 2006 | - | DePuy Computer Assisted Surgery Ci Course for Surgeons<br>Cincinnati, Ohio – 8 hours |
| November | 2006 | - | AAOS Board Maintenance of Certification #3021<br>Washington, D.C.<br>22 hours, AMA PRA Category I |
| February | 2007 | - | North American Spine Society<br>Lumbar Spinal Injections: A Hands-on Course<br>12.25 hours, AMA PRA Category I |
| February | 2007 | - | SFMC Monroe, LA<br>"Integrating Information Service and Quality"<br>1 hour, AMA PRA Category I |
| March | 2007 | - | Kyphone X-STOP IPD System Training Course – 2 hours didactic<br>Roswell, GA 2 hours hands-on |
| April-July | 2007 | - | Lippincott CME Institute<br>Bone & Joint and Contemporary Spine Surgery<br>18 hours, AMA PRA Category I |
| Jan-Nov | 2008 | - | Lippincott CME Institute<br>Bone & Joint and Contemporary Spine Surgery<br>46.5 hours, AMA PRA Category I |
| July | 2008 | - | AAOS/ASES Arthroscopic Management of Rotator Cuff Disease and Instability, #3206, Rosemont, IL<br>20 hours, AMA PRA Category I |
| Jan-Dec | 2008 | - | The Vantage Health Plan Utilization Review-Quality Management Committee<br>6 credit hours |
| Mar-July | 2009-2012 | - | Contemporary Spine Surgery<br>13.5 hours, AMA PRA Category I |
| Mar-July | 2009-2012 | - | Bone & Joint<br>53.5 hours, AMA PRA Category I |

| | | | |
|---|---|---|---|
| October | 2009 | - | A Doctor's Guide to Practical use of the AMA Guides<br>8 hours, AMA Category I |
| October | 2009 | - | Certification Review & AMA Guides to the Evaluation of Permanent Impairment, 5th Edition<br>15 hours, AMA Category I |
| November | 2009 | - | Prescribing Controlled Substance: Reducing the Risk<br>LAMMICO<br>1 hour, AMA PRA Category I |
| March | 2010 | - | AAOS Annual Meeting in New Orleans, LA<br>10 hours, AMA PRA Category I |
| March | 2012 | - | Lippincott's Bone and Joint Review<br>Volume: 17 & 18, Issue: 3 & 11<br>3 AMA PRA Category I Credits |
| April | 2012 | - | Lippincott's Bone and Joint<br>Volume: 18, Issue: 1, 2, & 4<br>4.5 AMA PRA Category I Credits |
| May | 2012 | - | Hip & Knee Replacement<br>2nd Annual Marshall University Arthroplasty Course<br>18.5 hours, AMA PRA Category I |
| May | 2012 | - | Lippincott's Bone and Joint<br>Volume: 18, Issue: 5<br>1.5 AMA PRA Category I Credits |
| May | 2012 | - | 2nd Annual Marshall University Arthroplasty Course Controversies and Technological Advances in Primary and Complex HIP & KNEE REPLACEMENT<br>18.5 AMA PRA Category I Credits |
| June | 2012 | - | Lippincott's Bone and Joint<br>Volume: 18 Issue: 6<br>1.5 AMA PRA Category I Credits |
| July | 2012 | - | Lippincott's Bone and Joint Review<br>Volume: 18 Issue: 7<br>1.5 AMA PRA Category I Credits |
| September | 2012 | - | Clinical Orthopaedic Society 100th Anniversary Meeting<br>15 hours, AMA PRA Category I |
| November | 2012 | - | Ultrasound Diagnostics and Needle Guidance<br>Forth Worth, TX<br>16 hours, Category I |

| | | | |
|---|---|---|---|
| January | 2013 | - | Lippincott's Bone and Joint Seminars (2)<br>Issue: 2<br>3 hours CME |
| February | 2013 | - | American Educational Institute<br>Vail, Colorado<br>12 hours CME |
| June 20-22 | 2013 | - | Musculoskeletal Ultrasound Course<br>Advanced Diagnostics<br>Avon, CT<br>16 hours CME |
| March | 2014 | - | Lippincott's Bone and Joint Seminars (3)<br>Volume: 19 Issue: 5, 6, & 7<br>4.5 AMA PRA Category I Credits |
| March | 2014 | - | AAOS Annual Meeting<br>New Orleans, LA<br>20 hours |
| April | 2014 | - | Lippincott's Bone and Joint Seminars (3)<br>Volume: 19 Issue: 8, 9, & 10<br>4.5 AMA PRA Category I Credits |
| May | 2014 | - | Lippincott's Bone and Joint Seminar<br>Volume: 19 Issue: 11<br>1.5 AMA PRA Category I Credits |
| May | 2014 | - | Lippincott's Bone and Joint Seminar<br>Volume: 20 Issue: 1<br>1.5 AMA PRA Category I Credits |
| May | 2014 | - | NASS – Spinal Injections<br>Burr Ridge, IL<br>14 hours |
| June | 2014 | - | Lippincott's Bone and Joint Seminar (2)<br>Volume: 20 Issue: 2 & 3<br>3 AMA PRA Category I Credits |
| July | 2014 | - | Lippincott's Bone and Joint Seminars (4)<br>Volume: 20 Issue: 4, 5, 6, & 7<br>6 AMA PRA Category I Credits |
| June | 2015 | - | Lippincott's Bone and Joint Seminar<br>Volume: 21 Issue: 2<br>1.5 AMA PRA Category I Credits |
| December | 2015 | - | Lippincott's Bone and Joint Seminars (4)<br>Volume: 21 Issue: 4, 5, 6, & 7<br>6 AMA PRA Category I Credits |

DOUGLAS COLEMAN BROWN, M.D.

| | | |
|---|---|---|
| January | 2016 - | Lippincott's Bone and Joint Seminars (4)<br>Volume: 21 Issue: 8 & 9<br>3 AMA PRA Category I Credits |
| March | 2016 | Lippincott's Bone and Joint Seminars (2)<br>Volume: 21 Issue: 10 & 11<br>3 AMA PRA Category I Credits |
| March | 2016 | Lippincott's Bone and Joint Seminar<br>Volume: 22 Issue: 1<br>1.5 AMA PRA Category I Credits |
| April | 2016 | Medical Education Resources, Inc.<br>Medical/Legal Consulting Conference<br>Chicago, IL<br>15.00 AMA PRA Category I Credits |
| May | 2016 | Annual Medical Legal<br>Consulting Conference<br>Armin Feldman, M.D.<br>15 Category I CME'S |
| July | 2016 | Lippincott's Bone and Joint Seminars (4)<br>Volume: 22 Issue: 3, 4, 5, & 6<br>6 AMA PRA Category I Credits |
| September | 2016 | Lippincott's Bone and Joint Seminars<br>Volume: 22 Issue: 8<br>1.5 AMA PRA Category I Credits |
| October | 2016 | Lippincott's Bone and Joint Seminars<br>Volume: 22 Issue: 9<br>1.5 AMA PRA Category I Credits |
| November | 2016 | Our Lady of the Lake Regional Medical Center<br>St. Francis Medical Center<br>Epic Computer Training<br>9 AMA PRA Category 1 Credits |
| February | 2017 | Lippincott's Bone and Joint Seminars<br>Volume: 22 Issue: 11<br>1.5 AMA PRA Category I Credits |
| February | 2017 | Lippincott's Bone and Joint Seminars<br>Volume: 23 Issue: 1<br>1.5 AMA PRA Category I Credits |
| May | 2017 | Lippincott's Bone and Joint Seminars<br>Volume: 23 Issue: 4<br>1.5 AMA PRA Category I Credits |

| | | |
|---|---|---|
| June | 2017 | Lippincott's Bone and Joint Seminars<br>Volume: 23 Issue: 6<br>1.5 AMA PRA Category I Credits |
| July | 2017 | Lippincott's Bone and Joint Seminars<br>Volume: 23 Issue: 5<br>1.5 AMA PRA Category I Credits |
| November | 2017 | Epic Computer Training<br>Our Lady of the Lake Regional Medical Center<br>Shelly L. Frederick, CME Coordinator<br>Monroe, LA<br>9 AMA PRA Category I Credits |
| November | 2017 | Lammico<br>Physician Consultant, Risk Management Patient Safety<br>3 AMA PRA Category 1 Credits |
| November | 2017 | Lippincott's Bone and Joint Newsletter<br>Volume: 23 Issue: 9<br>1.5 AMA PRA Category 1 Credits |
| February | 2018 | Lippincott's Bone and Joint Newsletter<br>Volume: 23 Issue: 10<br>1.5 AMA PRA Category 1 Credits |
| February | 2018 | Lippincott's Bone and Joint Newsletter<br>Volume: 23 Issue: 11<br>1.5 AMA PRA Category 1 Credits |
| February | 2018 | Lippincott's Bone and Joint Newsletter<br>Volume: 24 Issue: 1<br>1.5 AMA PRA Category 1 Credits |
| June | 2018 | Southern Orthopaedic Association<br>7th Annual Extremity Summit<br>White Sulphur Springs, West Viriginia<br>9.75 Credits |
| August | 2018 | Marshall University JCE School of Mediciine<br>AMA Guides - Building a Successful IME<br>Expert Witness Practice<br>Charlotte, NC<br>1 AMA PRA Credit Awarded 8<br>Category I Credit |
| August | 2018 | Marshall University JCE School of Medicine<br>Event: Return to work & Fitness for Duty Decisions –<br>How to Use a Function Based Approach Workshop<br>Charlotte, NC<br>1 AMA PRA Credit Awarded 4<br>Category I Credit |

DOUGLAS COLEMAN BROWN, M.D.

| | | |
|---|---|---|
| August | 2018 | Marshall University JCE School of Medicine<br>Event: Causation, What does the science say?<br>A Workshop<br>Charlotte, NC<br>1 AMA PRA Credit Awarded 4<br>Category I Credit |
| | 2018 | Lammico<br>Physician Consultant, Risk Management Patient Safety<br>3 AMA PRA Category 1 Credits |
| May | 2019 | Marshall University JCE School of Medicine<br>Event: AMA Guides to the Evaluation of Permanent Impairment<br>6th ed. With Review of Principles of Disability Assessment<br>Philadelphia, PA<br>1 AMA PRA Credit Awarded 8<br>Category 1 Credit |
| | 2019 | Lammico<br>Physician Consultant, Risk Management Patient Safety<br>3 AMA PRA Category 1 Credits |
| July | 2019 | Southern Orthopaedic Association<br>Event: SOA's 36th Annual Meeting<br>Amelia Island, Florida<br>14.75 AMA PRA Credit Awarded 8<br>Category 1 Credit |
| December | 2019 | Lippincott CME Institute<br>Lippincott's Bone and Joint Newsletter<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| January | 2020 | Lippincott CME Institute<br>Lippincott's Bone and Joint Newsletter<br>Volume: 25 Issues: 9<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| January | 2020 | Lippincott CME Institute<br>Lippincott's Bone and Joint Newsletter<br>Volume: 25 Issue #8<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| March | 2020 | WVU School of Medicine<br>Pain & Addiction, Best Pract & Proper Prescrib:<br>Changing a Culture by Changing the Culture of Med.<br>3.25 AMA PRA Credits Awarded<br>Category 1 Credits |

| | | |
|---|---|---|
| May | 2020 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 26 Issue #3<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| May | 2020 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 26 Issue #4<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| June | 2020 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 26 Issue #6<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| July | 2020 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 26 Issue #7<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| September | 2020 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 26 Issue #8<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| December | 2020 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 26 Issue #9<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| February | 2021 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 26 Issue #1<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| May | 2021 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 26 Issue #10<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |

| | | |
|---|---|---|
| May | 2021 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 27 Issue #2<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| May | 2021 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 27 Issue #4<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| May | 2021 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 27 Issue #5<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| June | 2021 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 27 Issue #6<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| August | 2021 | LAMMICO/Medical Interactive<br>Hip Fracture: Enhancing Patient Recovery<br>1 AMA PRA Credits Awarded |
| August | 2021 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 27 Issue #7<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| October | 2021 | North American Spine Society<br>2021 Annual Meeting<br>91.75 AMA PRA Credits Awarded<br>Category 1 Credits |
| October | 2021 | LAMMICO<br>Hip Fracture<br>Category 1 RM Credit<br>Category 1 Credits |
| October | 2021 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |

| | | |
|---|---|---|
| November | 2021 | LAMMIOC<br>Hacking Medical Devices: Modern Piracy<br>Category 1 RM Credit<br>Category 1 Credits |
| April | 2022 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 27 Issue: 10<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| April | 2022 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 28 Issue: 1<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| July | 2022 | Southern Orthopaedic Association<br>Event: SOA's 39th Annual Meeting<br>White Sulphur Springs, WV<br>17.25 AMA PRA Credit Awarded<br>Category 1 Credit |
| January | 2023 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 28 Issue: 11<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| January | 2023 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 29 Issue: 1<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| February | 2023 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 29 Issue: 2<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| March | 2023 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 28 Issue: 7<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| May | 2023 | LAMMICO/Medical Interactive<br>Opioid Use Disorder: Differing Perspectives<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |

| | | |
|---|---|---|
| May | 2023 | LAMMICO/Medical Interactive<br>Prescribing Controlled Substances<br>2.0 AMA PRA Credits Awarded<br>Category 1 Credits |
| May | 2023 | LAMMICO/Medical Interactive<br>Opioid Mortality: What Prescribers Can Do<br>2.0 AMA PRA Credits Awarded<br>Category 1 Credits |
| June | 2023 | Southern Orthopaedic Association<br>10th Annual Extremity Summit<br>White Sulphur Springs, West Viriginia<br>8.25 Credits |
| September | 2023 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 29 Issue: 7<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| September | 2023 | LippinCott CME Institute<br>LippinCott's Bone and Joint Newsletter<br>Volume: 29 Issue: 8<br>1.5 AMA PRA Credits Awarded<br>Category 1 Credits |
| February | 2024 | AchieveCE<br>MATE ACT Training- Pain Management & Substance Use Disorders<br>8 Credits |
| April | 2024 | LAMMICO/Medical Interactive<br>Surgeons and Burnout<br>1 AMA PRA Credit Awarded<br>Category 1 Credit |
| April | 2024 | HealthStream<br>DEA MATE Opioid and Substance Use for Practitioners<br>8 Credits |
| October | 2024 | LAMMICO/Medical Interactive<br>Hip Fracture: Enhancing Recovery in Older Adults<br>1 AMA PRA Credit Awarded<br>Category 1 Credit |
| October | 2024 | LAMMICO/Medical Interactive<br>Innovative Surgery: Informed Consent and Ethics<br>1 AMA PRA Credit Awarded<br>Category 1 Credit |

| | | |
|---|---|---|
| October | 2024 | LAMMICO/Medical Interactive<br>Hacking Medical Devices: Modern Piracy<br>1 AMA PRA Credit Awarded<br>Category 1 Credit |
| July | 2025 | Achieve CE<br>Louisiana Physician CME Package: Rx Drug Review<br>20 AMA PRA Credits Awarded<br>Category 1 Credits |
| July | 2025 | Premiere<br>Controlled Substance Prescribing Verification<br>And the Shocking Reality of True Crime Stories<br>3 AMA PRA Credits Awarded<br>Category 1 Credits |

## PERSONAL INFORMATION

Born December 29, 1942 Washington, D.C.

Home: Alexandria, Virginia

Married June 6, 1965 to Caroline Zeller

COLLEGE HONORS:

Dean's List

Varsity Football, four years, Academic All-A.C.C. 1963

President, Phi Delta Theta Fraternity

Old Trinity Club, Men's Honorary Fraternity

**NELA Medical Evaluations**
*Expert Medical Evaluations*
*Serving Louisiana and the Alleghenies*
312 Grammont Street, Suite 400, Monroe, LA 71201

**318.323.6603**
**Dr. Douglas Brown**
*Orthopedic Surgeon*

**318.372.3802**
**Carol Rhymes**
*Administrator*

## SCHEDULE OF FEES:

**Liability Examinations:**

- $1,500 Initial Exam
- $300 Follow Up Exam (Each)
- $1,200 Physical Therapy (12 Visits)

**Specialty Examinations**:

- $1,850 IME/SMO/AMO
- $1,500 Fitness For Duty Examinations
- $1,850 Impairment Ratings

**No-Show Fee:**

- $350 For **All** Types of Examinations

**Record Reviews:**

- $2,000 Up to 500 Pages
- $2,500 501-1000 Pages
- $3,000 1001+ Pages
- $95 X-Ray
- $200 MRI

**Conferences:**

- $1,200 Attorney Conference (1 Hour)
- $300 Pre-Deposition (30 Minutes)
- $600 Pre-Deposition (1Hour)
- $3,000 Deposition (Per Hour)
- $4,000 Video Deposition (Per Hour)
- $950 Deposition Cancellation Fee (Less than 72 Hours Prior)

**Trails:**

- $10,000 Trail (Per Day)
- $2,000 Cancellation Fee
    - If not within 2 weeks; 1 week **mandatory**