**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JA'VEL COLEMAN | CIVIL ACTION NO. 24-0512 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BURLINGTON INSURANCE CO, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons explained in the accompanying Memorandum Ruling,

**IT IS ORDERED** that Plaintiff Ja'Vel Coleman's ("Coleman") Daubert Motion to Exclude and/or Limit the Expert Testimony of Josh Lorencz ("Lorencz") (Record Document 101) is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** that the Motion is **GRANTED** to the extent that Lorencz's testimony shall be limited as set forth in the accompanying Memorandum Ruling.

**IT IS FURTHER ORDERED** that the Motion is **DENIED** in all other respects.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 13th day of July, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT